# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 30, 2018

In re:

Miguel Arturo Franco, Jr.
        Debtor*

Case Number: 17–21913 jjt
Chapter: 7

Sutherland Asset I, LLC
        Plaintiff(s)

v.

Miguel Arturo Franco Jr.
        Defendant(s)

Adversary Proceeding
No.: 18–02019 jjt

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court at the address in the lower left corner of this Summons within 30 days after the issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Peter Antonelli
> Curran Antonelli, LLP
> 22 Boston Wharf Road
> 7th Floor
> Boston, MA 02210

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a Pretrial Conference of the proceeding commenced by the filing of the complaint will be held at:

> **United States Bankruptcy Court**
> **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT**
> **06103**
> **at**
> **10:00 AM on August 2, 2018**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: May 30, 2018

*Myrna Atwater*
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 115 – es

# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 18–02019

I, _____Peter Antonelli_____ (name), certify that service of this summons and a copy of the complaint was made _____May 31, 2018_____ (date) by (check one):

☒ **Mail service:** Regular, First Class United States mail, postage fully pre–paid, addressed to:

> Miguel Arturo Franco, Jr.
> 7 Berkeley Lane
> East Hartford, CT 06118

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

May 31, 2018
Date

/s/ Peter Antonelli
Signature
Peter Antonelli
Print Name
22 Boston Wharf Road, 7th Floor
Business Address
Boston, MA 02210
City/State/Zip