**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: ) <br> ) <br> MIGUEL ARTURO FRANCO, JR., ) <br> ) <br>   Debtor. ) <br> ) <br> SUTHERLAND ASSET I, LLC, ) <br> ) <br>   Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL ARTURO FRANCO, JR., ) <br> ) <br>   Defendant. ) <br> ) | Chapter 7 <br> Case No.: 17-21913-JJT <br><br> Adv. Proc. No.: 18-02019-JJT |

**NOTICE OF APPEARANCE**

Please take note that the undersigned Zachary J. Gregoricus, Esq. of Curran Antonelli, LLP, 22 Boston Wharf Road, 7th Floor, Boston, MA 02210, hereby enters his appearance on behalf of plaintiff, Sutherland Asset I, LLC.

        RESPECTFULLY SUBMITTED,

        SUTHERLAND ASSET I, LLC,

        By its attorney,

        /s/ Zachary J. Gregoricus
        Zachary J. Gregoricus, ct30533
        zgregoricus@curranantonelli.com
        Curran Antonelli, LLP
        22 Boston Wharf Road
        7th Floor
        Boston, MA 02210
        Telephone: (617) 207-8670
Dated: July 12, 2018        Facsimile: (857) 263-5215

## **CERTIFICATE OF SERVICE**

    I, Zachary J. Gregoricus, hereby certify that on this 12th day of July, 2018, a copy of the foregoing was filed electronically.  Notice of this filing be by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ Zachary J. Gregoricus
        Zachary J. Gregoricus