UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |
|---|---|
| In re: <br><br> MIGUEL ARTURO FRANCO, JR., <br><br>     Debtor. <br><br> SUTHERLAND ASSET I, LLC, <br><br>     Plaintiff, <br><br> v. <br><br> MIGUEL ARTURO FRANCO, JR., <br><br>     Defendant. | Chapter 7 <br> Case No.: 17-21913-JJT <br><br> Adv. Proc. No.: 18-02019-JJT |

## AMENDED PRETRIAL ORDER

Pursuant to this Court's Text Order dated June 26, 2020 and based upon the parties' submission proposing expert and other pretrial deadlines, and upon the Court's consideration thereof, it is hereby ORDERED that:

1. Defendant Miguel Arturo Franco, Jr. ("Defendant") shall, within thirty (30) days of the entry of this Order, serve upon counsel for Plaintiff, Sutherland Asset I, LLC ("Plaintiff") an expert report of Deborah Collins-Perrica APRN in accordance with the requirements of Fed. R. Civ. P. 26(a)(2)(B);

2. Plaintiff may, within thirty (30) days from deadline for Defendant's expert disclosure, as set herein, identify and disclose any counter expert and serve a copy of said expert's report in accordance with Fed. R. Civ. P. 26(a)(2)(B) on counsel for Defendant;

3. Within thirty (30) days from the deadline for Plaintiff's expert disclosure, the Parties shall conduct any expert depositions, and Plaintiff shall conduct its continued deposition of Defendant;

4. Plaintiff shall, within twenty-one (21) days from the deadline to conduct expert depositions and the continued deposition of Defendant, file any motion to amend its complaint in this matter;

5. The Final Pre-Trial Conference will be held on November 5, 2020 at 11:00 AM; and

6. That Trial shall commence on November 10, 2020 at 11:00 AM.

Respectfully submitted,

| | |
|---|---|
| MIGUEL ARTURO FRANCO, JR., | SUTHERLAND ASSET I, LLC, |
| By his attorney, | By its attorney, |
| /s/ Jonathan G. Cohen | /s/ Peter Antonelli |
| Jonathan G. Cohen (ct410275) | Peter Antonelli (ct29509) |
| 2 Congress Street | pantonelli@curranantonelli.com |
| Hartford, CT 06114 | 177 Huntington Avenue |
| Phone: 860-527-8900 | 17th Floor |
| Fax: 855-545-8125 | Boston, MA 02115 |
| jgcohen@lawyer.com | Phone: (617) 207-8670 |

**IT IS SO ORDERED** at Hartford, Connecticut this 17th day of July 2020.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut