# United States Bankruptcy Court
## District of Connecticut

| | |
|---|---|
| In re:<br>Miguel Arturo Franco, Jr.<br>                Debtor* | Case Number: 17−21913 jjt<br>Chapter: 7 |
| Sutherland Asset I, LLC    Plaintiff(s)<br>v.<br>Miguel Arturo Franco Jr.    Defendant(s) | Adversary Proceeding<br>No.: 18−02019 jjt |

### ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE ANSWER TO AMENDED COMPLAINT AND FILE STIPULATED FACTS

Miguel Arturo Franco Jr., (the "Defendant"), filed a Second Motion to Extend Time to Answer the Plaintiff's Amended Complaint, review and file the required Stipulated Facts and other obligations dated November 6, 2020 (the "Motion", ECF No. 175). After notice and a hearing, see 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion; it is hereby

**ORDERED:** The Motion is GRANTED and the date by which the Defendant is to file an Answer to the Plaintiff's Amended Complaint, review and file the required Stipulated Facts and other obligations is extended to January 7, 2021.

Dated: November 18, 2020

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.